**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MI A LOWE,

      Plaintiff,

   v.

MAO IZAKAYA & SUSHI LLC, et al.,

      Defendants.

Case No.  26-cv-00449-BLF

**ORDER TO SHOW CAUSE**

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before April 30, 2026, why Yang Jaehyuk should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California